UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| JAMES RENWICK MANSHIP, SR., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:26CV758 (RCY) |
| | ) | |
| VIRGINIA STATE BOARD OF | ) | |
| ELECTIONS, *et al.*, | ) | |
| Defendants. | ) | |
| | ) | |

## **MEMORANDUM OPINION**

On July 31, 2026, Plaintiff James Renwick Manship, Sr. ("Plaintiff"), appearing *pro se*, submitted an application to proceed *in forma pauperis* ("IFP Application"),[1] along with a proposed Complaint for Emergency Declaratory and Injunctive Relief.   IFP Appl., ECF No. 1; Compl. & Em. Mot., ECF No. 1-1.   Plaintiff's submissions fail on both procedural and substantive grounds, and so the Court will deny the IFP Application and dismiss the Complaint.

First, rather than complete the substance of the long form IFP Application, Plaintiff struck out all lines of the form and merely wrote in that he was previously granted IFP status by the undersigned, on June 15, 2026.   This is insufficient to demonstrate *present* qualification for IFP status, as Plaintiff's financial situation could very plausibly have changed between June 15, 2026 and now.   Accordingly, Plaintiff has failed to demonstrate that he qualifies for IFP status.

Furthermore, the Court finds that directing Plaintiff to correct and re-file his IFP application would be a futile exercise, because the accompanying Complaint for Emergency

---

[1] When a party proceeds in district court without prepaying fees or costs, it is said that the party is proceeding *in forma pauperis*.  As such, the Court will refer to Plaintiff's fee waiver application as an "IFP Application."

Declaratory and Injunctive Relief fails to state a claim.    Specifically, Plaintiff challenges Virginia's authorization of early voting.    But the Supreme Court has specifically and recently affirmed states' ability to establish their own periods of voting, notwithstanding any Congressionally established "election day."    *Watson v. Republican National Committee*, 609 U.S. ___, 2026 WL 1855462, *6 (June 29, 2026).    Accordingly, the Court finds no merit in Plaintiff's challenge to Virginia's system of early voting.

As a result of the foregoing, the judicial economy supports simply denying the IFP application and dismissing this suit.

An appropriate Order will accompany this Memorandum Opinion.

_____ /s/ *RCY*
Roderick C. Young
United States District Judge

Date: <u>August 3, 2026</u>
Richmond, Virginia